**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:          In re Texas Children's Hospital, Relator

Appellate case number:    01-19-00142-CV

Trial court case number:    2017-49635

Trial court:                          165th District Court of Harris County

This Court's February 15, 2019 Order on Motion granted the motion filed by relator Baylor College of Medicine ("BCOM") to stay the bench trial in the underlying trial court cause number 2017-49635, pending disposition of its mandamus petition, and requested a response.  BCOM's petition seeks to compel the respondent trial judge to rule on its pending motion to dismiss for failure to timely serve an expert report, pursuant to Texas Civil Practice and Remedies Code § 74.351.

On March 1, 2019, relator, Texas Children's Hospital ("TCH"), BCOM's co-defendant in the trial court, filed a similar mandamus petition also seeking to compel the respondent trial judge to rule on its pending motion to dismiss for failure to timely serve an expert report, pursuant to Texas Civil Practice and Remedies Code § 74.351, in the same underlying trial court cause number 2017-49635.  Relator TCH has filed a Rule 52.3(j) certification, appendix, and a sword record with its petition, and stated that no record of testimony was made at the May 3, 2018 hearing on relator's motions, and no exhibits were filed at that hearing either.  *See* TEX. R. APP. P. 52.3(j), (k), 52.7(a)(1), (2).

Accordingly, the Court requests a response to the petition for writ of mandamus by any real party in interest.  *See* TEX. R. APP. P. 52.8(b)(1).  The response, if any, shall be filed **within 20 days from the date of this order**.  *See* TEX. R. APP. P. 2, 52.4.

It is so ORDERED.

Judge's signature: _____/s/ Justice Evelyn V. Keyes_____

              x  Acting individually      ☐  Acting for the Court

Date:  _March 5, 2019_____